## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **STEVE WATKINS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **WESTCHESTER FIRE INSURANCE** | § | |
| **COMPANY** | § | |
| | § | |
| **Defendant.** | § | |

*Removed From*

### CAUSE NO. 2016-38858

| | | |
|---|---|---|
| **STEVE WATKINS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **WESTCHESTER FIRE INSURANCE** | § | |
| **COMPANY** | § | |
| | § | |
| **Defendant.** | § | **281ST DISTRICT COURT** |

## EXHIBIT A

**Harris County Docket Sheet**

# 2016-38858

**COURT:** 281st
**FILED DATE:** 6/7/2016
**CASE TYPE:** Debt/Contract - Consumer/DTPA



| |
|---|
| **WATKINS, STEVE** |
| Attorney: MOORE, MELISSA ANN |
| **vs.** |
| **WESTCHESTER FIRE INSURANCE COMPANY** |
| Attorney: HOFFMAN, JEFFREY LEE |

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |

 CT Corporation

**Service of Process Transmittal**
06/13/2016
CT Log Number 529324583

TO:   Paul Bech
      Chubb
      436 Walnut St
      Philadelphia, PA 19106-3703

RE:   **Process Served in Texas**

FOR:  Westchester Fire Insurance Company  (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Steve Watkins, Pltf. vs. Westchester Fire Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Original Petition |
| **COURT/AGENCY:** | In the District Court - Judicial District - Harris County, TX<br>Case # 201638858 |
| **NATURE OF ACTION:** | Insurance Litigation - Claim for policy benefits |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 06/13/2016 postmarked on 06/09/2016 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after served this citation and petition |
| **ATTORNEY(S) / SENDER(S):** | Melissa Moore<br>Moore & Associates<br>440 Louisiana, Suite 675<br>Houston, TX 77002<br>713-222-6775 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/14/2016, Expected Purge Date: 06/19/2016 |
| | Image SOP |
| | Email Notification,  Adrienne Logan  ADRIENNE.LOGAN@acegroup.com |
| | Email Notification,  Marie Morrill  marie.morrill@acegroup.com |
| | Email Notification,  Angela Jay  angela.jay@acegroup.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140<br>214-932-3601 |

Page 1 of  1 / SG

Information displayed on this transmittal is for CT
Corporation's record keeping purposes only and is provided to
the recipient for quick reference. This information does not
constitute a legal opinion as to the nature of action, the
amount of damages, the answer date, or any information
contained in the documents themselves. Recipient is
responsible for interpreting said documents and for taking
appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.



**Lone Star Attorney Service**
P.O. Box 570477
Houston, TX 77257-0477

RETURN RECEIPT
REQUESTED

N HOUSTON
TX 770
09 JUN '05
PM 6 L

UNITED STATES
POSTAL SERVICE

U.S. POSTAGE
PAID
HOUSTON, TX
77074
JUN 09 16
AMOUNT
**$6.89**
R2304M115226-01

1000

CERTIFIED MAIL

7012 1640 0000 9051 1403

WESTCHESTER FIRE INSURANCE
COMPANY C/O CT CORPORATION
SYSTEM
1999 BRYAN STREET, STE 900
DALLAS, TX 75201

75201-314025

HAND: *(handwritten)*
DELIVERED: *(handwritten)*

by: *(handwritten)*

| | |
|---|---|
| RECEIPT NUMBER | 0.00 |
| TRACKING NUMBER | 73254957  CIV |

CAUSE NUMBER    201638858

| | |
|---|---|
| PLAINTIFF: WATKINS, STEVE | In The 281st |
| vs. | Judicial District Court of |
| DEFENDANT: WESTCHESTER FIRE INSURANCE COMPANY | Harris County, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: WESTCHESTER FIRE INSURANCE COMPANY (A FOREIGN CORPORATION) BY
    SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
    1999 BRYAN STREET SUITE 900    DALLAS  TX  75201 - 3136

Attached is a copy of   PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on the ____7th____ day of ____June____, 20__16__, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ____7th____ day of ____June____, 20__16__.

Issued at request of:
MOORE, MELISSA ANN
440   LOUISIANA 675
HOUSTON, TX  77002
TEL: (713) 222-6775
Bar Number: 24013189

*Chris Daniel* *(signature)*
**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O.Box 4651, Houston, Texas 77210**

Generated By: CUERO, NELSON  7MM//10403554

## OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20_____, at _____ o'clock ___.M., endorsed

the date of delivery thereon, and executed it at _____,
(STREET ADDRESS)                                    (CITY)

in _____ County, Texas on the _____ day of _____, 20_____, at _____ o'clock ___.M.,

by delivering to _____, by delivering to its
(THE DEFENDANT CORPORATION NAMED IN CITATION)

_____, in person, whose name is _____,
(REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
(DESCRIPTION OF PETITION, I.E., "PLAINTIFFS ORIGINAL")

and with accompanying copies of _____.
(ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

I certify that the facts stated in this return are true by my signature below on the ____ day of _____, 20____.

FEE: $_____

By: _____
(SIGNATURE OF OFFICER)

Printed Name: _____

As Deputy for: _____
(PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

_____
Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20_____

_____
Notary Public

N.1NT.CITC.P                    *73254957*

# 2016-38858 / Court: 281

6/7/2016 3:43:46 PM
Chris Daniel - District Clerk Harris County
Envelope No. 11021730
By: Nelson Cuero
Filed: 6/7/2016 3:43:46 PM

No. _____

| | | |
|---|---|---|
| STEVE WATKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | IN THE DISTRICT COURT OF |
| | § | HARRIS COUNTY, TEXAS |
| | § | _____ JUDICIAL DISTRICT |
| WESTCHESTER FIRE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Steve Watkins (referred to as "Plaintiff" or "Watkins") complaining of Westchester Fire Insurance Company (referred to as "Defendant" or "Westchester") and for cause of action shows:

### I. Discovery Control Plan

1.    Plaintiff intends that discovery be conducted under Level 2 of Rule 190 and affirmatively pleads that this suit is not governed by the expedited-actions process in Rule 169 because he seeks monetary relief over $1,000,000.

### II. Parties

2.    Plaintiff Steve Watkins is an individual residing in Harris County, Texas.

3.    Defendant Westchester Fire Insurance Company is a foreign corporation that may be served with process by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas  75201-3136.  Alternatively, if the registered agent of Westchester Fire Insurance Company cannot with reasonable diligence be found at the

company's registered office, Westchester Fire Insurance Company may be served with process by serving the Texas Secretary of State pursuant to Tex. Bus. Org. Code § 5.251 and Tex. Civ. Prac. & Rem. Code § 17.026.

### III.  Jurisdiction & Venue

4.     The damages sought are within the jurisdictional limits of this Court.

5.     Plaintiff seeks monetary relief over $1,000,000.

6.     Venue is proper in this Court because all or a substantial part of the events or omission giving rise to Plaintiff's claims occurred in Harris County, Texas and because Plaintiff resided in Harris County, Texas at the time his causes of action against Defendant accrued.  Tex. Civil Prac. & Rem. Code § 15.002(a).

### IV.  Facts

7.     Westchester is an insurance company.

8.     Watkins is an insured under a policy (numbered G25068464) issued by Westchester to Burrow Global, LLC (referred to as "BG").

9.     This lawsuit stems from Westchester's (1) refusal to indemnify and defend Watkins in accordance with the policy and (2) decision to prefer certain insureds over others.

10.     Watkins formerly served as an officer of Burrow Global Construction, LLC (referred to as "BGC"), a wholly-owned subsidiary of BG.

11.     After his untimely departure from the company, BG and BGC sued him and others in Jefferson County, Texas, for, among other things, breach of fiduciary duty and fraud.[1]

12.     Watkins filed counterclaims against BG and BGC, including for breach of contract and fraud, and he sued Michael Burrow (referred to as "Burrow") and Gary Knight (referred to as "Knight"); essentially, Watkins claims that Burrow, who is an officer of BG, and Knight, who is an officer of BGC, defamed him and disparaged his business.

13.     Watkins also claims that Burrow is liable to him under the Racketeer Influenced and Corrupt Organizations Act.

14.     During the depositions of Burrow and Knight, Watkins learned, for the first time and after months of protracted litigation, that Westchester was providing indemnity and defense to them as officers of BG and BGC, respectively, under policy number G25068464.

15.     Promptly after learning about the insurance coverage and since the claims in the Jefferson County lawsuit involved Watkins' conduct while an officer of BGC, he demanded that Westchester indemnify and defend him like it was doing for Burrow and Knight.

16.     Westchester did not deny that the claims were covered under policy number G25068464 but refused to provide indemnity and defense anyways.

---

[1] The lawsuit is styled, *Burrow Global Constr., LLC, et al. v. Robison, et al.*, No. B0195177 (60th Dist. Ct., Jefferson County, Tex. filed Jan. 29, 2014).

17.    In Westchester's denial letter, the company explains that it denied coverage "the tender is too late relative to the policy's claims-made-and-reported requirement" and also by virtue of "the insured-versus-insured exclusion[.]"

18.    However, considering that Watkins did not learn about the policy or Westchester's involvement until Burrow's and Knight's depositions, his tender was made as soon as practicable.

19.    And because Westchester has been involved in this lawsuit for some time (unbeknownst to Watkins) and since it knew (1) that he was an officer entitled to coverage under policy number G25068464 and (2) about the claims being leveled against him *before* Watkins even knew that Westchester was obligated to cover those claims, there is absolutely no prejudice to it.

20.    Perhaps more importantly, though, Westchester is actually defending and indemnifying officers of BG and BGC (i.e., Burrow and Knight) while simultaneously refusing to defend and indemnify Watkins, a former officer of BGC entitled to coverage under policy number G25068464, invoking the insured-versus-insured exclusion.

21.    In other words, if Westchester was evenhandedly applying the insured-versus-insured exclusion, it would have denied coverage to Burrow and Knight since the claims against them were brought by other insureds, including Watkins.

22.    Westchester did not do so—it preferred Burrow's and Knight's claims over Watkins' claim, and it chose indemnify and defend them.

23.    As a result, it cannot now deny coverage to Watkins.

## V. Count One—Declaratory Judgment/Duty to Defend

24.     Watkins incorporates by reference the facts set forth in the preceding paragraphs.

25.     Westchester issued an insurance policy (numbered G25068464) benefitting Watkins.

26.     A lawsuit was filed against Watkins.

27.     Watkins notified Westchester about the lawsuit.

28.     A claim asserted in the petition, if true, would be covered by the insurance policy.

29.     Accordingly, Watkins requests a judicial declaration that Westchester is obligated to indemnify and defend him. *See*, Tex. Civ. Prac. & Rem. Code ch. 37.

## VI. Count Two—Breach of Contract

30.     Watkins incorporates by reference the facts set forth in the preceding paragraphs.

31.     There was a valid, enforceable contract involving Westchester's duty to indemnify and defend Watkins.

32.     As an insured, Watkins may properly sue for breach of contract.

33.     Watkins performed, tendered performance of, or was excused from performing his contractual obligations.

34.     By refusing to indemnify and defend Watkins, Westchester breached the contract.

35.     Westchester's breach caused injury to Watkins.

- 5 -

36.     Accordingly, Westchester is liable to Watkins for breach of contract.

## VII. Count Three—Bad Faith

37.     Watkins incorporates by reference the facts set forth in the preceding paragraphs.

38.     There was an insurance contract involving Westchester that created a duty of good faith and fair dealing vis-à-vis Watkins.

39.     Westchester breached its duty to Watkins when it refused to indemnify and defend him in the Jefferson County lawsuit and when it preferred Burrow and Knight over him.

40.     Westchester's breach proximately caused Watkins' damages.

41.     Accordingly, Westchester is liable to Watkins for breaching its duty of good faith and fair dealing.

## VIII. Count Four—Deceptive Insurance Practices

42.     Watkins incorporates by reference the facts set forth in the preceding paragraphs.

43.     Westchester committed a deceptive insurance practice by making misrepresentations about the insurance policy at issue in this case. *See*, Tex. Ins. Code § 541.061.

44.     For example, Westchester misrepresented to Watkins that his claim was not covered by virtue of the insured-versus-insured exclusion; based on the company's own conduct vis-à-vis Burrow and Knight (i.e., by accepting coverage for their claims even

though the same exclusion should have applied), the insured-versus-insured exclusion does not apply.

45.     Westchester also committed deceptive insurance practices by misrepresenting material facts relating to coverage, not attempting in good faith to bring about a prompt, fair, and equitable settlement of a claim, refusing to pay a claim without conducting a reasonable investigation, etc. *See*, Tex. Ins. Code § 541.060.

46.     Westchester also committed a deceptive insurance practice by misrepresenting the terms, benefits and advantages of the policy. *See*, Tex. Ins. Code § 541.051.

47.     Accordingly, Westchester is liable to Watkins for engaging in deceptive insurance practices.

### IX. Count Five—Deceptive Trade Practices-Consumer Protection Act

48.     Watkins incorporates by reference the facts set forth in the preceding paragraphs.

49.     Westchester's unlawful conduct also violates the Texas Deceptive Trade Practices-Consumer Protection Act (referred to as "DTPA").

50.     Accordingly, Westchester is liable to Watkins for violations of the DTPA.

### X. Count Six—Exemplary Damages

51.     Watkins incorporates by reference the facts set forth in the preceding paragraphs.

52.     Westchester engaged in unlawful conduct with malice and with reckless indifference to Watkins' rights. The Court should therefore award exemplary damages against the company in an amount appropriate to deter similar future misconduct.

## XI. Count Seven—Attorney's Fees & Costs

53.     Watkins incorporates by reference the facts set forth in the preceding paragraphs.

54.     Watkins is authorized to recover attorney's fees and costs on his claims by statute.

55.     Watkins has retained the professional services of the undersigned attorneys.

56.     Watkins has complied with the conditions precedent to recovering attorney's fees and costs.

57.     Watkins is entitled to recover his attorney's fees and costs.

58.     Watkins has incurred or may incur attorney's fees and costs in bringing this lawsuit.

59.     The attorney's fees and costs incurred or that may be incurred by Watkins were, are or will be reasonable and necessary.

## XII. Conditions Precedent

60.     All conditions precedent have been performed or have occurred.

## XIII. Requests for Disclosure

61.     You are requested to disclose, within fifty days of service of this request, the information or material described in Rule194.2.

- 8 -

## XIV.  Jury Request

62.    Watkins requests a trial by jury and tenders the appropriate fee.

## XV.  Prayer

63.    Watkins prays for the following relief:

a.  actual damages;

b.  treble damages under Tex. Ins. Code § 541.152(b);

c.  other relief allowed by law under Tex. Ins. Code § 541.152(a)(3);

d.  for additional compensatory damages in an amount within the jurisdiction of this court;

e.  for exemplary damages against Westchester in a sum determined by the trier of fact;

f.  for reasonable attorney's fees;

g.  for interest before judgment as provided by law;

h.  for interest after judgment as provided by law;

i.  for costs of suit;

j.  judgment for all the other relief to which Watkins deems himself entitled.

Respectfully submitted,

MOORE & ASSOCIATES

By: _Melissa Moore_____

Melissa Moore
State Bar No. 24013189
Curt Hesse
State Bar No. 24065414
Lyric Centre
440 Louisiana, Suite 675
Houston, Texas 77002
Tel: (713) 222-6775
Fax: (713) 222-6739

**ATTORNEYS FOR PLAINTIFF
STEVE WATKINS**

Welcome **Jeff Hoffman** [Log Out]                                             ×

Home | Civil | Family | Criminal | Child Support | Online Services | HR | About Us | Court Registry | Copies | Jury | FAQs | 

[WS6] Home > Online Services > Previous Orders                    Houston, Texas | July 06, 2016

### Quick Links

- Costs and Fees
- Child Support Records
- Jury Services
- Search Our Records & Documents
- Background Checks
- FREEfax
- e-Filing
- Forms
- Government Agencies
- Historical Documents
- How to Contact Us
- District Clerk Biography
- Order History
- Update Address / Information
- Attorney Vacation
- Search Attorney Vacation
- Change Password

### Contact Information

Civil Courthouse
201 Caroline
Houston, TX 77002 

**Mailing Address:**
Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210

# Order Number: 551301

[ Resend ]

Printable Version

## Customer / Shipping Information

**Date:** 7/6/2016 2:41:58 PM
**Customer:** Hoffman, Jeff
909 Fannin, Suite 3300
Houston, TX 77010

**Ship Method:** Email (zipped)
**Ship To:** sarah.cochran@wilsonelser.com

## Order Detail Information

| | | |
|---|---|---|
| Case: 201638858-7 WATKINS, STEVE vs WESTCHESTER FIRE INSURANCE COMPANY [Doc# : 70528762] | 10 pages | $10.00 |
| Case: 201638858-7 WATKINS, STEVE vs WESTCHESTER FIRE INSURANCE COMPANY [Doc# : 70528763] | 1 page | $1.00 |
| Case: 201638858-7 WATKINS, STEVE vs WESTCHESTER FIRE INSURANCE COMPANY [Doc# : 70528764] | 2 pages | $2.00 |
| Case: 201638858-7 WATKINS, STEVE vs WESTCHESTER FIRE INSURANCE COMPANY [Doc# : 70551616] | 1 page | $1.00 |
| Case: 201638858-7 WATKINS, STEVE vs WESTCHESTER FIRE INSURANCE COMPANY [Doc# : 70815548] | 3 pages | $3.00 |
| Case: 201638858-7 WATKINS, STEVE vs WESTCHESTER FIRE INSURANCE COMPANY [Doc# : 70929987] | 2 pages | $2.00 |

## Payment Information

**Card:** XXXXXXXXXXXX1319

**Subtotal:** $20.00
**Total:** $20.00

## Retransmission Information

At times network congestion or other technical difficulties may delay electronic transmission of documents by up to 4 hours hours. If you requested delivery of your order via email, fax, or direct download and have not received your documents within that time, please access the and request retransmission of your order. Document retransmission is available for 3 days or 72 hours from the time of purchase or a maximum of 5 times.

### Search Our Records and Documents

Search our records and documents to view detailed case (cause) information including court, costs, location, documents, party information, and more.

### Forms
For your convenience, forms are available for downloading or printing. Click to locate the forms you will need.

### Government Agencies
e-Gov allows users employed by government agencies to query and retrieve documents from their office.



SECTION
508
[WS8]

Contact Us

Welcome **Jeff Hoffman**   [ Log Out ]    ✕

Home | Civil | Family | Criminal | Child Support | Online Services | HR | About Us | Court Registry | Copies | Jury | FAQs | 📧

[WS6] Home > Online Services > Previous Orders

Houston, Texas | July 06, 2016

## Quick Links

 Costs and Fees

 Child Support Records

 Jury Services

 Search Our Records & Documents

 Background Checks

 FREEfax

 e-Filing

 Forms

 Government Agencies

 Historical Documents

 How to Contact Us

 District Clerk Biography

 Order History

 Update Address / Information

Attorney Vacation

Search Attorney Vacation

Change Password

## Contact Information

Civil Courthouse
201 Caroline
Houston, TX 77002  

**Mailing Address:**

Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210

# Order Number: 551301

[ Resend ]

Printable Version

### Customer / Shipping Information

**Date:** 7/6/2016 2:41:58 PM
**Customer:** Hoffman, Jeff
909 Fannin, Suite 3300
Houston, TX 77010

**Ship Method:** Email (zipped)
**Ship To:** sarah.cochran@wilsonelser.com

### Order Detail Information

| | | |
|---|---|---|
| Case: 201638858-7 WATKINS, STEVE vs WESTCHESTER FIRE INSURANCE COMPANY [Doc# : 70528762] | 10 pages | $10.00 |
| Case: 201638858-7 WATKINS, STEVE vs WESTCHESTER FIRE INSURANCE COMPANY [Doc# : 70528763] | 1 page | $1.00 |
| Case: 201638858-7 WATKINS, STEVE vs WESTCHESTER FIRE INSURANCE COMPANY [Doc# : 70528764] | 2 pages | $2.00 |
| Case: 201638858-7 WATKINS, STEVE vs WESTCHESTER FIRE INSURANCE COMPANY [Doc# : 70551616] | 1 page | $1.00 |
| Case: 201638858-7 WATKINS, STEVE vs WESTCHESTER FIRE INSURANCE COMPANY [Doc# : 70815548] | 3 pages | $3.00 |
| Case: 201638858-7 WATKINS, STEVE vs WESTCHESTER FIRE INSURANCE COMPANY [Doc# : 70929987] | 2 pages | $2.00 |

### Payment Information

**Card:** XXXXXXXXXXX1319

**Subtotal:** $20.00
**Total:** $20.00

### Retransmission Information

At times network congestion or other technical difficulties may delay electronic transmission of document s by up to 4 hours hours. If you requested delivery of your order via email, fax, or direct download and have not received your document s within that time, please access the and request retransmission of your order. Document retransmission is available for 3 days or 72 hours from the time of purchase or a maximum of 5 times.

---

**Search Our Records and Documents**
Search our records and documents to view detailed case (cause) information including court, costs, location, documents, party information, and more.

**Forms**
For your convenience, forms are available for downloading or printing. Click to locate the forms you will need.

**Government Agencies** 
e-Gov allows users employed by government agencies to query and retrieve documents from their office.



6/7/2016 3:43:46 PM
Chris Daniel - District Clerk Harris County
Envelope No. 11021730
By: Nelson Cuero
Filed: 6/7/2016 3:43:46 PM

# 2016-38858 / Court: 281

No. _____

| | | |
|---|---|---|
| STEVE WATKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | IN THE DISTRICT COURT OF |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | _____ JUDICIAL DISTRICT |
| WESTCHESTER FIRE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Steve Watkins (referred to as "Plaintiff" or "Watkins") complaining of Westchester Fire Insurance Company (referred to as "Defendant" or "Westchester") and for cause of action shows:

### I. Discovery Control Plan

1.      Plaintiff intends that discovery be conducted under Level 2 of Rule 190 and affirmatively pleads that this suit is not governed by the expedited-actions process in Rule 169 because he seeks monetary relief over $1,000,000.

### II. Parties

2.      Plaintiff Steve Watkins is an individual residing in Harris County, Texas.

3.      Defendant Westchester Fire Insurance Company is a foreign corporation that may be served with process by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas  75201-3136.  Alternatively, if the registered agent of Westchester Fire Insurance Company cannot with reasonable diligence be found at the

company's registered office, Westchester Fire Insurance Company may be served with process by serving the Texas Secretary of State pursuant to Tex. Bus. Org. Code § 5.251 and Tex. Civ. Prac. & Rem. Code § 17.026.

### III.  Jurisdiction & Venue

4.      The damages sought are within the jurisdictional limits of this Court.

5.      Plaintiff seeks monetary relief over $1,000,000.

6.      Venue is proper in this Court because all or a substantial part of the events or omission giving rise to Plaintiff's claims occurred in Harris County, Texas and because Plaintiff resided in Harris County, Texas at the time his causes of action against Defendant accrued.  Tex. Civil Prac. & Rem. Code § 15.002(a).

### IV.  Facts

7.      Westchester is an insurance company.

8.      Watkins is an insured under a policy (numbered G25068464) issued by Westchester to Burrow Global, LLC (referred to as "BG").

9.      This lawsuit stems from Westchester's (1) refusal to indemnify and defend Watkins in accordance with the policy and (2) decision to prefer certain insureds over others.

10.      Watkins formerly served as an officer of Burrow Global Construction, LLC (referred to as "BGC"), a wholly-owned subsidiary of BG.

- 2 -

Certified Document Number: 70528762 - Page 2 of 10

11.     After his untimely departure from the company, BG and BGC sued him and others in Jefferson County, Texas, for, among other things, breach of fiduciary duty and fraud.[1]

12.     Watkins filed counterclaims against BG and BGC, including for breach of contract and fraud, and he sued Michael Burrow (referred to as "Burrow") and Gary Knight (referred to as "Knight"); essentially, Watkins claims that Burrow, who is an officer of BG, and Knight, who is an officer of BGC, defamed him and disparaged his business.

13.     Watkins also claims that Burrow is liable to him under the Racketeer Influenced and Corrupt Organizations Act.

14.     During the depositions of Burrow and Knight, Watkins learned, for the first time and after months of protracted litigation, that Westchester was providing indemnity and defense to them as officers of BG and BGC, respectively, under policy number G25068464.

15.     Promptly after learning about the insurance coverage and since the claims in the Jefferson County lawsuit involved Watkins' conduct while an officer of BGC, he demanded that Westchester indemnify and defend him like it was doing for Burrow and Knight.

16.     Westchester did not deny that the claims were covered under policy number G25068464 but refused to provide indemnity and defense anyways.

---

[1] The lawsuit is styled, *Burrow Global Constr., LLC, et al. v. Robison, et al.*, No. B0195177 (60th Dist. Ct., Jefferson County, Tex. filed Jan. 29, 2014).

17.     In Westchester's denial letter, the company explains that it denied coverage "the tender is too late relative to the policy's claims-made-and-reported requirement" and also by virtue of "the insured-versus-insured exclusion[.]"

18.     However, considering that Watkins did not learn about the policy or Westchester's involvement until Burrow's and Knight's depositions, his tender was made as soon as practicable.

19.     And because Westchester has been involved in this lawsuit for some time (unbeknownst to Watkins) and since it knew (1) that he was an officer entitled to coverage under policy number G25068464 and (2) about the claims being leveled against him *before* Watkins even knew that Westchester was obligated to cover those claims, there is absolutely no prejudice to it.

20.     Perhaps more importantly, though, Westchester is actually defending and indemnifying officers of BG and BGC (i.e., Burrow and Knight) while simultaneously refusing to defend and indemnify Watkins, a former officer of BGC entitled to coverage under policy number G25068464, invoking the insured-versus-insured exclusion.

21.     In other words, if Westchester was evenhandedly applying the insured-versus-insured exclusion, it would have denied coverage to Burrow and Knight since the claims against them were brought by other insureds, including Watkins.

22.     Westchester did not do so—it preferred Burrow's and Knight's claims over Watkins' claim, and it chose indemnify and defend them.

23.     As a result, it cannot now deny coverage to Watkins.

- 4 -

Certified Document Number: 70528762 - Page 4 of 10

### V.  Count One—Declaratory Judgment/Duty to Defend

24.     Watkins incorporates by reference the facts set forth in the preceding paragraphs.

25.     Westchester issued an insurance policy (numbered G25068464) benefitting Watkins.

26.     A lawsuit was filed against Watkins.

27.     Watkins notified Westchester about the lawsuit.

28.     A claim asserted in the petition, if true, would be covered by the insurance policy.

29.     Accordingly, Watkins requests a judicial declaration that Westchester is obligated to indemnify and defend him.  *See*, Tex. Civ. Prac. & Rem. Code ch. 37.

### VI.  Count Two—Breach of Contract

30.     Watkins incorporates by reference the facts set forth in the preceding paragraphs.

31.     There was a valid, enforceable contract involving Westchester's duty to indemnify and defend Watkins.

32.     As an insured, Watkins may properly sue for breach of contract.

33.     Watkins performed, tendered performance of, or was excused from performing his contractual obligations.

34.     By refusing to indemnify and defend Watkins, Westchester breached the contract.

35.     Westchester's breach caused injury to Watkins.

Certified Document Number: 70528762 - Page 5 of 10

36.     Accordingly, Westchester is liable to Watkins for breach of contract.

## VII.  Count Three—Bad Faith

37.     Watkins incorporates by reference the facts set forth in the preceding paragraphs.

38.     There was an insurance contract involving Westchester that created a duty of good faith and fair dealing vis-à-vis Watkins.

39.     Westchester breached its duty to Watkins when it refused to indemnify and defend him in the Jefferson County lawsuit and when it preferred Burrow and Knight over him.

40.     Westchester's breach proximately caused Watkins' damages.

41.     Accordingly, Westchester is liable to Watkins for breaching its duty of good faith and fair dealing.

## VIII.  Count Four—Deceptive Insurance Practices

42.     Watkins incorporates by reference the facts set forth in the preceding paragraphs.

43.     Westchester committed a deceptive insurance practice by making misrepresentations about the insurance policy at issue in this case. *See*, Tex. Ins. Code § 541.061.

44.     For example, Westchester misrepresented to Watkins that his claim was not covered by virtue of the insured-versus-insured exclusion; based on the company's own conduct vis-à-vis Burrow and Knight (i.e., by accepting coverage for their claims even

Certified Document Number: 70528762 - Page 6 of 10

though the same exclusion should have applied), the insured-versus-insured exclusion does not apply.

45.     Westchester also committed deceptive insurance practices by misrepresenting material facts relating to coverage, not attempting in good faith to bring about a prompt, fair, and equitable settlement of a claim, refusing to pay a claim without conducting a reasonable investigation, etc.  *See*, Tex. Ins. Code § 541.060.

46.     Westchester also committed a deceptive insurance practice by misrepresenting the terms, benefits and advantages of the policy.  *See*, Tex. Ins. Code § 541.051.

47.     Accordingly, Westchester is liable to Watkins for engaging in deceptive insurance practices.

### IX. Count Five—Deceptive Trade Practices-Consumer Protection Act

48.     Watkins incorporates by reference the facts set forth in the preceding paragraphs.

49.     Westchester's unlawful conduct also violates the Texas Deceptive Trade Practices-Consumer Protection Act (referred to as "DTPA").

50.     Accordingly, Westchester is liable to Watkins for violations of the DTPA.

### X. Count Six—Exemplary Damages

51.     Watkins incorporates by reference the facts set forth in the preceding paragraphs.

Certified Document Number: 70528762 - Page 7 of 10

52.    Westchester engaged in unlawful conduct with malice and with reckless indifference to Watkins' rights. The Court should therefore award exemplary damages against the company in an amount appropriate to deter similar future misconduct.

## XI.  Count Seven—Attorney's Fees & Costs

53.    Watkins incorporates by reference the facts set forth in the preceding paragraphs.

54.    Watkins is authorized to recover attorney's fees and costs on his claims by statute.

55.    Watkins has retained the professional services of the undersigned attorneys.

56.    Watkins has complied with the conditions precedent to recovering attorney's fees and costs.

57.    Watkins is entitled to recover his attorney's fees and costs.

58.    Watkins has incurred or may incur attorney's fees and costs in bringing this lawsuit.

59.    The attorney's fees and costs incurred or that may be incurred by Watkins were, are or will be reasonable and necessary.

## XII.  Conditions Precedent

60.    All conditions precedent have been performed or have occurred.

## XIII.  Requests for Disclosure

61.    You are requested to disclose, within fifty days of service of this request, the information or material described in Rule194.2.

Certified Document Number: 70528762 - Page 8 of 10

## XIV.  Jury Request

62.    Watkins requests a trial by jury and tenders the appropriate fee.

## XV.  Prayer

63.    Watkins prays for the following relief:

    a.   actual damages;

    b.   treble damages under Tex. Ins. Code § 541.152(b);

    c.   other relief allowed by law under Tex. Ins. Code § 541.152(a)(3);

    d.   for additional compensatory damages in an amount within the jurisdiction of this court;

    e.   for exemplary damages against Westchester in a sum determined by the trier of fact;

    f.   for reasonable attorney's fees;

    g.   for interest before judgment as provided by law;

    h.   for interest after judgment as provided by law;

    i.   for costs of suit;

    j.   judgment for all the other relief to which Watkins deems himself entitled.

Certified Document Number: 70528762 - Page 9 of 10

Respectfully submitted,

MOORE & ASSOCIATES

By: _Melissa Moore_____

Melissa Moore
State Bar No. 24013189
Curt Hesse
State Bar No. 24065414
Lyric Centre
440 Louisiana, Suite 675
Houston, Texas 77002
Tel: (713) 222-6775
Fax: (713) 222-6739

**ATTORNEYS FOR PLAINTIFF
STEVE WATKINS**



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   July 6, 2016

Certified Document Number:        70528762 Total Pages:  10

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

**CIVIL CASE INFORMATION SHEET**

6/7/2016 3:43:46 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 11021730
By: CUERO, NELSON
Filed: 6/7/2016 3:43:46 PM

CAUSE NUMBER *(FOR CLERK USE ONLY):* **2016-38858** / Court: 281    COURT *(FOR CLERK USE ONLY):*

STYLED Steve Watkins v. Westchester Fire Insurance Company

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>Melissa Moore | Email:<br>melissa@mooreandassociates.net | Plaintiff(s)/Petitioner(s):<br>Steve Watkins | ☒Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: |
| Address:<br>440 Louisiana St Ste 675 | Telephone:<br>(713) 222-6775 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br>Houston, TX 77002 | Fax:<br>(713) 222-6739 | Defendant(s)/Respondent(s):<br>Westchester Fire Insurance Company | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature:<br>*Melissa Moore* | State Bar No:<br>24013189 | [Attach additional page as necessary to list all parties] | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☒Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional Liability:<br><br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability List Product:<br><br>☐Other Injury or Damage: | ☐Eminent Domain/ Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br><hr>**Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus— Pre-indictment<br>☐Other: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children<br><hr>**Other Family Law**<br>☐Enforce Foreign Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities of Minority<br>☐Other: | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br><hr>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><hr>**Parent-Child Relationship**<br>☐Adoption/Adoption with Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental Rights<br>☐Other Parent-Child: |

| **Employment** | **Other Civil** | |
|---|---|---|
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: |

| Tax | Probate & Mental Health | |
|---|---|---|
| **Tax**<br>☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☒Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case):*
☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100,000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☒Over $1,000,000

Rev 2/13



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   July 6, 2016

Certified Document Number:        70528763 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

CIVIL PROCESS REQUEST FORM

6/7/2016 3:43:46 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 11021730
By: CUERO, NELSON
Filed: 6/7/2016 3:43:46 PM

2016-38858 / Court: 281

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: _____   CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): Plaintiff's Original Petition

FILE DATE OF MOTION: _____
_____ Month/ ____ Day/ ____ Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.   NAME:   Westchester Fire Insurance Company

ADDRESS:   1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136

AGENT, (if applicable):   CT Corporation System

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type):   Citation

SERVICE BY (check one):
- [ ] ATTORNEY PICK-UP                    [ ] CONSTABLE
- [x] CIVIL PROCESS SERVER - Authorized Person to Pick-up: Lone Star Attorney Service     Phone: (713) 779-1400
- [ ] MAIL                                 [ ] CERTIFIED MAIL
- [ ] PUBLICATION:
  Type of Publication:   [ ] COURTHOUSE DOOR, or
                         [ ] NEWSPAPER OF YOUR CHOICE: _____
- [ ] OTHER, explain _____

ATTENTION: Effective June 1, 2010

For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back.  Thank you.

**************************************************************************************************

2.   NAME: _____

ADDRESS: _____

AGENT, (if applicable): _____

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _____

SERVICE BY (check one):
- [ ] ATTORNEY PICK-UP                    [ ] CONSTABLE
- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [ ] MAIL                                 [ ] CERTIFIED MAIL
- [ ] PUBLICATION:
  Type of Publication:   [ ] COURTHOUSE DOOR, or
                         [ ] NEWSPAPER OF YOUR CHOICE: _____
- [ ] OTHER, explain _____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:
NAME:   Melissa Moore                          TEXAS BAR NO./ID NO.   24013189
MAILING ADDRESS:   440 Louisiana St Ste 675, Houston, TX  77002
PHONE NUMBER:   (713)    222-6775          FAX NUMBER:   (713)   222-6739
                 area code  phone number                   area code  fax number
EMAIL ADDRESS:   melissa@mooreandassociates.net

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Request Form                                        Rev. 5/7/10

Certified Document Number: 70528764 - Page 1 of 2

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____  AMENDED PETITION
_____  SUPPLEMENTAL PETITION

COUNTERCLAIM
_____  AMENDED COUNTERCLAIM
_____  SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____  AMENDED CROSS-ACTION
_____  SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____  AMENDED THIRD-PARTY PETITION
_____  SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____  AMENDED INTERVENTION
_____  SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____  AMENDED INTERPLEADER
_____  SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                              (specify)
    MOTION TO: _____
                              (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

Certified Document Number: 70528764 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   July 6, 2016

Certified Document Number:        70528764 Total Pages: 2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

ENTERED_____

VERIFIED_____

## Civil Process Pick-Up Form

CAUSE NUMBER: **2016  38858**

ATY_____   CIV ✓   COURT **281**

---

| REQUESTING ATTORNEY/FIRM NOTIFICATION |
|---|

*ATTORNEY: **Melissa Ann Moore**   PH: **713 222 6775**

*CIVIL PROCESS SERVER: **Lone Star Attorney Service #17**

*PHONE NUMBER: **713 774 1400**

*PERSON NOTIFIED SVC READY: **left voicemail @ 8:20**

* NOTIFIED BY: **Nelson Cuero**

DATE: 6/7/16

---

Type of Service Document: **CITC**   Tracking Number **73204457**

Process papers prepared by: **Nelson Cuero**

Date: **Tuesday, June 07, 2016**  30 days waiting  **07 - 07 - 16**

| |
|---|
| *Process papers released to: _____ (PRINT NAME) |
| *(CONTACT NUMBER) _____ (SIGNATURE) |
| *Process papers released by: _____ (PRINT NAME) _____ (SIGNATURE) |
| * Date: **6/8**, 2016  Time: **10:05** (AM) / PM |

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Revised 12-15-2014

CONFIRMED FILE DATE: 6/7/2016

Certified Document Number: 70551616 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   July 6, 2016

Certified Document Number:        70551616 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

6/23/2016 6:45:28 PM
Chris Daniel - District Clerk Harris County
Envelope No. 11313387
By: DAIQURI ROY
Filed: 6/23/2016 6:45:28 PM

RECEIPT NUMBER _____ 0.00

TRACKING NUMBER _____ 73254957  CIV

CAUSE NUMBER     201638858

PLAINTIFF: WATKINS, STEVE
                vs.
DEFENDANT: WESTCHESTER FIRE INSURANCE COMPANY

In The 281st
Judicial District Court of
Harris County, Texas

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

TO: WESTCHESTER FIRE INSURANCE COMPANY (A FOREIGN CORPORATION) BY
    SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
    1999  BRYAN STREET SUITE 900    DALLAS  TX  75201 - 3136

Attached is a copy of  PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on the ___7th___ day of ____June____ _____, 20__16__, in the
above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    **This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this __7th__ day of
__June__ _____, 20__16__.

Issued at request of:
MOORE, MELISSA ANN
440  LOUISIANA 675
HOUSTON, TX  77002
TEL: (713) 222-6775
Bar Number: 24013189

*Chris Daniel*
**CHRIS DANIEL, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O.Box 4651, Houston, Texas 77210

**Generated by:** CUERO, NELSON  7MM//10403554

## OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20___, at _____ o'clock ___.M., endorsed

the date of delivery thereon, and executed it at _____

in _____ County, Texas on the _____ day of _____, 20___, at _____ o'clock ___.M.,

by delivering to _____, delivering to its

_____, in person, whose name is _____

a true copy of this citation, with a copy of the _____ Petition attached,

and with accompanying copies of _____

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20___.

FEE: $ 50                     By: _____
                                        (SIGNATURE OF OFFICER)

                              Printed Name: _____

_____    As Deputy for: _____
Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20___

                              _____
                                        Notary Public

N.INT.CITC.P                  *73254957*

Certified Document Number: 70815548 - Page 1 of 3

CAUSE NO.  2016-38858

| | | |
|---|---|---|
| STEVE WATKINS | § | IN THE  DISTRICT COURT |
| | § | |
| | § | |
| VS | § | 281ST JUDICIAL DISTRICT |
| | § | |
| | § | |
| WESTCHESTER FIRE INSURANCE COMPANY | § | HARRIS COUNTY, TEXAS |

**MAILING RETURN**

Came to hand:  June 8, 2016, at 04:14 PM

☑ CITATION
☐ CORPORATE PLAINTIFF'S ORIGINAL PETITION

Executed on: June 9, 2016.

Executed by mailing to **WESTCHESTER FIRE INSURANCE COMPANY C/O ITS REGISTERED AGENT CT CORPORATION SYSTEM** at **1999 BRYAN STREET, SUITE 900 DALLAS  TEXAS  75201** county of DALLAS COUNTY by Regular First Class Mail and by Certified Mail, Return Receipt Requested, Receipt No. 7012 1640 0000 9051 1403 a true copy of this citation together with the accompanying pleadings and Order.

I am over the age of 18, not a party to this case, nor am I related to, employed by, or otherwise connected to any party or any party's attorney in this case; and I have no interest in the outcome of the above numbered suit.  I am of sound mind and have never been convicted of a felony or misdemeanor involving moral turpitude.  I swear that the facts contained in this Affidavit are true and correct and that these facts are within my personal knowledge.

ANDREW C MANGER SCH# 821
Expiration Date: 07/31/2017
LONE STAR ATTORNEY SERVICE, INC.
6065 HILLCROFT, SUITE 406 HOUSTON, TX  77081

VERIFICATION

THE STATE OF TEXAS  §

COUNTY OF HARRIS  §

Before me, a notary public, on this day personally appeared ANDREW C MANGER, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.  Given under my hand and seal of office on this the 21 day of June, 2016.

MELISSA GARCIA
Notary Public, State of Texas
My Commission Expires
June 15, 2019

Notary Public

16-06-2272.1

CAUSE NO.  2016-38858

| | | |
|---|---|---|
| STEVE WATKINS | § | IN THE  DISTRICT COURT |
| | § | |
| | § | |
| VS | § | 281ST JUDICIAL DISTRICT |
| | § | |
| | § | |
| WESTCHESTER FIRE INSURANCE COMPANY | § | HARRIS COUNTY, TEXAS |

**MAILING RETURN**





16-06-2272.1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   July 6, 2016

Certified Document Number:         70815548 Total Pages:  3

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

7/1/2016 1:06:33 PM
Chris Daniel - District Clerk Harris County
Envelope No. 11445085
By: JESSICA MOIR
Filed: 7/1/2016 1:06:33 PM

CAUSE NO. 2016-38858

| | | |
|---|---|---|
| STEVE WATKINS | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| WESTCHESTER FIRE INSURANCE | § | |
| COMPANY | § | |
| | § | |
| Defendant. | § | 281ST DISTRICT COURT |

## ORIGINAL ANSWER OF WESTCHESTER FIRE INSURANCE COMPANY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WESTCHESTER FIRE INSURANCE COMPANY, Defendant in the above-entitled and numbered cause and file this, its Original Answer to Plaintiff's Original Petition, and would respectfully show the Court and jury as follows:

I.

### GENERAL DENIAL

Subject to such stipulations as may hereafter be made, Defendant asserts a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and respectfully requests that Plaintiff be required to prove his charges and allegations against Defendant by a preponderance of the evidence as is required by the Constitution and laws of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant, WESTCHESTER FIRE INSURANCE COMPANY. prays Plaintiff takes nothing by reason of this suit and that Defendant be allowed to go hence without delay and recover all costs. Defendant further prays for all such other and further relief, general and special, at law and in equity, to which it may show itself to be justly entitled.

Certified Document Number: 70929987 - Page 1 of 2

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER, LLP.

*/s/ Jeffrey L. Hoffman*
Jeffrey L. Hoffman
Texas State Bar No. 09781770
Jeff.hoffman@wilsonelser.com
909 Fannin, Suite 3300
Houston, Texas 77010-1011
(713) 353-2000
(713) 785-7780 – Fax

**ATTORNEYS FOR WESTCHESTER
FIRE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served under Rules 21 and 21a, Texas Rules of Civil Procedure, by E-File, Hand Delivery, Certified Mail, Return Receipt Requested, regular mail and/or facsimile, on July 1, 2016, upon the following counsel-of record:

Melissa Moore
Curt Hesse
MOORE & ASSOCIATES
Lyric Centre
440 Louisiana, Suite 675
Houston, Texas 77002
*Via Facsimile:  (713) 222-6739*

/s/ Jeffrey L. Hoffman
Jeffrey L. Hoffman



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   July 6, 2016

Certified Document Number:        70929987 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**