United States District Court
Southern District of Texas

**ENTERED**
December 09, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVE WATKINS § § § Plaintiff, § § VS. § § WESTCHESTER FIRE INSURANCE § COMPANY § § Defendant. § | CIVIL ACTION NO. 4:16-CV-01986 |

## ORDER

This matter is before the Court upon the Stipulation of Dismissal filed by the parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. It is therefore

ORDERED, ADJUDGED, and DECREED that all claims and causes of action asserted by Plaintiff STEVE WATKINS against Defendant WESTCHESTER FIRE INSURANCE COMPANY are hereby dismissed without prejudice. All costs are taxed against the party incurring same.

Signed this 8th day of December, 2016.

_____
DISTRICT JUDGE